UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHELE LOUISE HILTON,**

      **Plaintiff,**

v.                                                     **Case No:  6:16-cv-187-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review from a final decision of the Commissioner of Social Security denying her application for Social Security Disability Insurance and a period of disability. United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 18), wherein he recommends that the final decision be reversed and remanded for further proceedings.

After a *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings.

3. The Clerk is directed to enter judgment in favor of Plaintiff. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 28, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record