UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHELE LOUISE HILTON,**

      **Plaintiff,**

v.                                          **Case No:  6:16-cv-187-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees ("Motion," Doc. 21). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 22), in which he recommends that the Court grant the Motion to the extent that it requests $3,754.17 in attorney's fees and $400.00 in costs. However, Judge Kelly also recommends that the Court deny the motion to the extent that it asks the Court to order that costs and fees be paid directly to Plaintiff's counsel, pursuant to the assignment in Plaintiff's retainer agreement (Doc. 21-1).

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 21) is **GRANTED** to the extent that it seeks an award of attorney's fees in the amount of $3,754.17 and costs in the amount of $400.00.

3. Plaintiff is awarded attorney's fees in the amount of $3,754.17.

4. Plaintiff is also awarded costs in the amount of $400.00.

5. In all other respects, the Motion is **DENIED**. The Commissioner may, in her discretion, pay all or part of the attorney's fees directly to Plaintiff's counsel should she determine that it is appropriate to do so.

**DONE** and **ORDERED** in Orlando, Florida on July 26, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record